ACCEPTED
05-15-00528-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
9/25/2015 9:27:19 AM
LISA MATZ
CLERK

NO. 05-15-00528-CV

LINDA FITZERMAN

Appellant

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
9/25/2015 9:27:19 AM
LISA MATZ
Clerk

v.

CLASSIC AMERICANA, LLC

Appellee

_____

## APPELLEE CLASSIC AMERICANA'S UNOPPOSED MOTION TO EXTEND TIME FOR FILING OF APPELLEE'S BRIEF

Appellee Classic Americana files this unopposed motion to extend time for the filing of Appellee's Brief under Texas Rules of Appellate Procedure 10.5(b) and 38.6(d) and would show the Court as follows:

1.      The current deadline for Appellee's Brief is September 28, 2015.

2.      Appellee requests a new deadline of October 12, 2015.

3.      Appellee seeks this extension because lead counsel for Appellee has continuing medical issues that have required unanticipated time out of the office and have precluded counsel's ability to work.

Respectfully submitted,

_/s/ David B. Miller__
David B. Miller
Texas Bar No. 00788057
Peter C. Hall
Texas Bar No. 24044224

Schneider & Miller, P.C.
300 N. Coit Road, Suite 1125
Richardson, Texas 75080
(972) 479-1112 Telephone
(972) 479-1113 Telecopy

Attorneys for Appellee

## CERTIFICATE OF CONFERENCE

I certify that on September 24, 2015, I spoke to counsel for Appellant, Eric Redwine, and he stated that he agrees to Appellee's request for an extension.

_/s/ David B. Miller__

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was served upon all counsel of record on this the 25th day of September, 2015, as follows:

**VIA EMAIL**
John F. Redwine
Bennett, Weston, LaJone & Turner, P.C.
1603 LBJ Freeway, Suite 280
Dallas, TX 75234

**VIA EMAIL**
J. Michael Weston
Bennett Weston, Lajone & Turner PC
1603 Lyndon B Johnson FWY Ste. 280
Dallas, TX 75234

/s/ David B. Miller_____
David B. Miller